UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUIFY FINANCIAL, LLC,

Plaintiff,

v.

COOL TRANS CARRIER INC, *et al.*,

Defendants.

Case No. 1:26-cv-05970-KES-CDB

ORDER DISCHARGING OCTOBER 16, 2026, ORDER TO SHOW CAUSE

(Doc. 7)

ORDER DIRECTING PLAINTIFF TO FILE AND SERVE UPON DEFAULTING DEFENDANTS GILL PAL KAUR HARMESH AND M & S BROS. TRUCKLINES INC. A MOTION FOR DEFAULT JUDGMENT AND A COPY OF THIS ORDER

**14 and 30-Day Deadlines**

**Relevant Background**

Plaintiff Equify Financial, LLC ("Plaintiff") initiated this action with the filing of a complaint against Defendants Cool Trans Carrier Inc. ("Cool Trans"), Gill Pal Kaur Harmesh, and M & S Bros. Trucklines Inc. ("M & S Bros.") (collectively, "Defendants") on July 29, 2026. (Doc. 1).

On October 5, 2026, Plaintiff filed a proof of service of summons and complaint. (Doc. 6). Because the proof of service plausibly reflected service upon Defendant Cool Trans was completed and effective and that Defendant Cool Trans Service has defaulted in failing to timely respond to the complaint, on October 16, 2026, the Court directed Plaintiff to file an application

to the Clerk of the Court for entry of default as to Defendant Cool Trans Service. (Doc. 7). However, because Plaintiff's filings did not demonstrate effective service of process upon either Defendants Harmesh or Defendant M & S Bros. and neither of these Defendants had filed a responsive pleading or otherwise appeared, the Court directed Plaintiff to timely file proofs of service or show cause to extend the deadline under Rule 4 of the Federal Rules of Civil Procedure to effect service upon these remaining Defendants ("OSC"). *Id.* at 3.

**Discussion**

Pending before the Court is Plaintiff's timely response to the OSC and filing of summonses returned executed as to remaining Defendants Harmesh and M & S Bros. (Docs. 8, 13, 14, 15). The docket reflects that the Clerk of the Court has entered defaults against both Defendants.

Consider Plaintiff's representations in response to the Court's OSC and filing of summonses returned executed reflecting service of summons and complaint as to the remaining Defendants, the Court finds good cause to discharge the OSC. Accordingly, the Court will discharge its October 16, 2026, OSC (Doc. 7).

Further, Plaintiff will be directed to file a motion for default judgment as to newly defaulted Defendants Harmesh and M & S Bros. as set forth below.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's October 16, 2026, order to show cause (Doc. 7) is DISCHARGED;
2. **Within 30 days** of entry of this order, Plaintiff SHALL FILE and SERVE upon defaulted Defendants Gill Pal Kaur Harmesh and M & S Bros. Trucklines Inc. (*see* Docs. 12, 17) a motion for default judgment properly noticed for hearing before the undersigned consistent with the Court's Local Rules; and
3. Plaintiff shall serve a copy of this order on all Defendants and file proof of service **within 14 days** of entry of this order.

IT IS SO ORDERED.

Dated: **November 18, 2026**

UNITED STATES MAGISTRATE JUDGE